1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST HOME DESIGNING, INC. a Washington corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>LEXAR HOMES, LLC, a Washington Limited Liability Company, HILINE HOMES, INC a Washington Corporation; ROBERT HOLLIS, an individual, JAMES MOEN, an individual, and WILLIAM SUNBY, an individual,<br><br>        Defendants. | No.<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br><br>**JURY TRIAL DEMANDED** |

For its Complaint For Damages and Injunctive Relief, Northwest Home Designing, Inc. ("NHD"), alleges:

## I.  PARTIES AND JURISDICTION

1.  Plaintiff Northwest Home Designing, Inc. ("NHD") is a Washington Corporation with its principal place of business in University Place, Washington.

2.  Defendant Lexar Homes, LLC. ("LEXAR") is a Washington limited liability company. It has offices throughout Washington, including in King County.

3.  Upon information and belief, Defendant James Moen is the owner and governor of LEXAR. Upon information and belief, Moen resides in this judicial district.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 1
Case No.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

51582857.1

4.   Upon information and belief, Defendant Robert Hollis is the owner and governor of LEXAR. Upon information and belief, Hollis resides in this judicial district.

5.   This is an action for copyright infringement.   The Court has subject matter jurisdiction under 28 U.S.C. § 1338 and 17 U.S.C. §§ 501 *et seq.*

6.   Upon information and belief, LEXAR is engaged in the homebuilding business and has constructed homes in this judicial district, including homes that infringe NHD's copyrights as hereinafter described.

7.   LEXAR HOMES, LLC, Robert Hollis and James Moen are regularly engaged in business and reside in this judicial district.   The Court has personal jurisdiction over the defendants.  Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## II.   FACTS

8.   NHD is a residential design company engaged in the business of designing and selling home designs.

9.   In or about 2004, NHD created an original home design identified as the SK-2503 design.  A copy of the SK-2503 design is attached hereto as Exhibit A.

10.   NHD obtained Copyright Registration No. VA 1-792-781 for the SK-2503 design, which is valid and subsisting.   A copy of the registration certificate is attached hereto as Exhibit B.

11.   In or about 2007, NHD created a modification of the SK-2503 home design identified as the SK-2503-D.  A copy of the SK-2503-D is attached hereto as Exhibit C.

12.   NHD obtained Copyright Registration No. VA 1-792-785 for the SK-2503-D design, which is valid and subsisting.  A copy of the registration certificate is attached hereto as Exhibit D.

13.   In 2009 and 2010, Defendants James Moen and Robert Hollis were owners/members of a building company, HiLine Homes, Inc. ("HiLine Homes").

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 2
Case No.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51582857.1

1    14.    HiLine purchased a single use license for the SK-2503 design.  The single use

2    license gave HiLine the right to construct a one single family home based on the SK-2503

3    design.

4    15.    Plaintiff provided architectural documents to HiLine Homes, pursuant to the

5    parties' licensing agreement.  Those documents included documents regarding the SK-2503.

6    The invoice for those documents included the following statement:

> The architectural documents that you are in receipt of are owned
> by Northwest Home Designing, Inc., and protected under the
> Federal Copyright Laws.  The purchase of a single, multiple set
> package, sepia or plans conveys the right to build only one
> structure.  The purchase of additional sets of plans does not give
> you the right to construct more than one structure.  Reproduction,
> modifications or derivative works of the plans, without consent of
> the copyright owner, is expressly prohibited.  All Material is
> subject to Northwest Home Designing, Inc. License Agreement.
> Furthermore, you are in receipt of House Plans Marketing Assoc.
> Copyright Brochure.

13    16.    In or about 2011, Moen and Hollis formed LEXAR.  Moen and Hollis were and

14    are the owners of LEXAR.  Upon information and belief, Moen and Hollis are managing

15    members, officers, and/or directors of LEXAR, and control LEXAR.

16    17.    In or about 2015, LEXAR published and offered for sale, via its website, the floor

17    design LEXAR 2272 (Standard Orientation and Reverse Orientation), attached hereto as

18    Exhibit E.

19    18.    Upon information and belief,  Defendants copied Plaintiff's SK-2503 design and

20    made minor changes to that design to create the LEXAR 2272 design.  Thus, the LEXAR 2272 is

21    a derivative of the SK-2503 and SK-2503-D designs.

22    19.    The LEXAR 2272 design is substantially similar to the SK-2503 and SK-2503-D

23    designs as demonstrated by comparing the designs attached hereto.  The substantial similarities

24    include, but are not limited to the building form, arrangement of spaces and placement of rooms,

25    dimensions, traffic flow, exterior elevations, fenestration patterns, and relationship of plan

26    features.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 3
Case No.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51582857.1

20.     LEXAR copied the NHD SK-2503 and SK-2503-D designs without the permission or consent of NHD, and used the unauthorized LEXAR 2272 designs to construct one or more homes.

21.     LEXAR operates "branches" in several states that do business as "Lexar Homes." Upon information and belief, these "branches" are independently owned franchisees or licensees of LEXAR.     Upon information and belief, LEXAR branches are located in Bellingham, WA; Burlington, WA; Centralia, WA; North King County branch in Arlington, WA; South King County branch in Tacoma, WA; Lewiston, ID; Olympic Peninsula branch located in Townsend, WA; Portland, OR; San Juan Islands branch in Burlington, WA; Silverdale, WA; Snohomish branch in Arlington, WA; Spokane, WA; Tacoma, WA; Treasure Valley branch in Meridian, ID; Tri-Cities branch in Kennewick, WA; Twin Falls, ID; Wenatchee, WA; Woodland, WA; Yakima, WA; and Bismark, ND.

22.     LEXAR's branches share LEXAR's website, www.lexarhomes.com.  The website provides information to potential customers of LEXAR and LEXAR branches.   Among this information is information regarding designs for homes that LEXAR and/or its LEXAR branches could build for customers.

23.     Upon information and belief, the LEXAR branches are agents of LEXAR and LEXAR is liable for their actions and for damages arising from the branches' infringement of Plaintiff's copyrights.

24.     Until recently, LEXAR's website published copies of the LEXAR 2272 design. After NHD confronted LEXAR about NHD's belief that LEXAR copied the SD-2503, LEXAR quietly removed the LEXAR 2272 information from its website.

25.     Upon information and belief, LEXAR provided copies of the LEXAR 2272 design to its LEXAR branches.  Upon information and belief, the LEXAR branches made further copies of the LEXAR 2272 designs, and built unauthorized homes from the LEXAR 2272 designs.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 4
Case No.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51582857.1

### FIRST CLAIM
### COPYRIGHT INFRINGEMENT 17 U.S.C. §§ 501, *et seq.*

26.     NHD realleges the preceding paragraphs.

27.     Upon information and belief, Defendants have infringed NHD's copyrights in one or more of NHD's designs, including the SK-2503 and SK-2503-D design by redrawing, reproducing, and/or modifying such designs and using the redrawn, reproduced, and/or modified designs to construct one or more homes.

28.     Defendants did not obtain the permission or consent of NHD to redraw, reproduce modify, or distribute, NHD's home design(s), or to build homes based on NHD's copyrighted design(s).

29.     Defendants' copying and use of NHD's home design(s) without NHD's permission or consent constitutes infringement of NHD's copyright.

30.     Defendants further provided copies of the infringing LEXAR 2272 to Defendants' franchisees and encouraged Defendants' franchisees to build homes from those designs.  Upon information and belief, Defendants' franchisees did build at least one home from the LEXAR 2272 designs.

31.     Defendants have directly and contributorily infringed NHD's copyrights.

32.     Upon information and belief, Defendants' infringement was willful.

33.     Based upon this infringement, NHD has suffered damages in an amount to be proven at trial.

34.     Damages are not an adequate remedy, however, and NHD is entitled to injunctive relief to prevent the Defendants from further infringing NHD's copyrights.

35.     Upon information and belief, Defendants Hollis and Moen directed and/or participated in the acts of copyright infringement committed by LEXAR and acted with knowledge that their actions constituted copyright infringement.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51582857.1

1

## III.   PRAYER FOR RELIEF

2    NHD respectfully prays that:

3    A.    Defendants, their employees, representatives, and agents be permanently enjoined

4    from publishing, marketing, selling, or using NHD's copyrighted works or any works

5    substantially similar thereto;

6    B.    An accounting be had of Defendants' profits attributable to the infringement, to

7    include, without limitation, from the sale of infringing homes, and that Defendant's be required

8    to disgorge such profits;

9    C.    Defendant's infringement be found to be willful;

10   D.    The Court award NHD actual damages suffered as a result of the infringement;

11   E.    In the alternative, the Court award NHD its statutory damages;

12   F.    The Court award any and all relief to which NHD may be entitled pursuant to the

13   Copyright Act, 17 U.S.C. § 501 *et seq.*;

14   G.    For judgment against Defendants for all costs and attorney fees as authorized by

15   applicable law;

16   H.    For leave to freely amend the pleadings; and

17   I.    The Court grant NHD such other and further relief as the Court may deem just

18   and proper.

19

## IV.   DEMAND FOR JURY TRIAL

20   NHD hereby demands a trial by jury on all issues so triable.

21

22

23

24

25

26

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 6
Case No.

1

DATED this 1st day of March, 2017.

2

3
    *s/Adam Coady*
    Adam Coady, WSBA #44165

4
    FOSTER PEPPER PLLC
    1111 Third Avenue

5
    Suite 3000
    Seattle, Washington  98101-3292

6
    Telephone:  (206) 447-4400
    Facsimile:  (206) 447-9700

7
    Email: adam.coady@foster.com

8
    Attorneys for Plaintiff Northwest Home Designing, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 7
Case No.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51582857.1

EXHIBIT A



NORTHWEST HOME DESIGNING, INC.

4928 109TH STREET SW LAKEWOOD, WA 98499  (253) 584-6309  FAX: (253) 588-0607

www.NHDHomePlans.com

CHECKED

DRAWN BY
SKS

DESIGN

SK-2503

SHEET NUMBER

STUDY SET

OF



TOTAL — 1,931 Sq. Ft.

GARAGE — 440 Sq. Ft.

© 2005 NORTHWEST HOME DESIGNING, INC.



30'-0"

45'-0"

PATIO

KIT.

LIVING
14-6 x 16-6

DINING
14 x 9-4

EN.

UP

GARAGE
19-5 x 21-5

COV'D
PORCH

MAIN FLOOR — 856 Sq. Ft.



BDRM
11-9 x 11-6

BDRM
11-9 x 11-6

UTIL.

DN. LOFT
9-6 x
8-10

MEDIA
9-9 x
10-7

MAIN
BDRM
13-1 x 14-6

UPPER FLOOR — 1,075 Sq. Ft.



FOUNDATION &
MAIN FLOOR FRAMING PLAN

SCALE : ¼" = 1'-0"

MAIN FLOOR

SCALE : ¼" = 1'-0"

NORTHWEST HOME DESIGNING, INC.
4928 109TH STREET SW LAKEWOOD, WA 98499 (253) 584-6309 FAX: (253) 588-0607
www.NHDHomePlans.com

© 2005 NORTHWEST HOME DESIGNING, INC.

SK-2503
SHEET NUMBER
1
1 OF 5



**UPPER FLOOR FRAMING PLAN**

SCALE : ¼" = 1'-0"

**UPPER FLOOR**

© 2005 NORTHWEST HOME DESIGNING, INC.

SCALE : ¼" = 1'-0"

Floor Fram'g

Tub/Shower

Smoke Detector

Stairs

BEDROOM

BEDROOM

BATH

LOFT

MEDIA ROOM

M. BATH

MAIN BEDROOM

W.I.C.

LINE OF WALL BELOW

**NORTHWEST HOME DESIGNING, INC.**
4928 109TH STREET SW LAKEWOOD, WA 98499 (253) 584-6309 FAX: (253) 588-0607
www.NHDHomePlans.com

CHECKED
RES
DRAWN BY
SKS
DESIGN

SK-2503
SHEET NUMBER
2
2 OF 5

NHD

**LEGEND**

NOTE:
While every attempt has been made to assure the accuracy of these drawings, ALL INFORMATION MUST BE VERIFIED prior to ordering any raw materials or fabricated components. Any structural components specified are for reference only and must be verified with the ENGINEER OF RECORD's "S-Sheets" and/or (attached) documents



WHEN TRUSSED

WHEN STICK FRAMED

TYP. TWO STORY CONFIG. (A)
Scale: 3/4"=1'-0"

PORCH SLAB DETAIL (B)
Scale: 3/4"=1'-0"

GIRDER DETAIL (C)
Scale: 1"=1'-0"

STEM WALL DETAIL (D)
Scale: 3/4"=1'-0"

AREA SEP. DETAIL (E)
Scale: 3/4"=1'-0"

STAIR CONSTRUCTION DETAIL
Scale: 3/4"=1'-0"

Roof Trusses

Roof Rafters

ROOF FRAMING PLAN
© 2005 NORTHWEST HOME DESIGNING, INC.

SCALE : 1/4" = 1'-0"

LEGEND

NOTE:
While every attempt has been made to assure the accuracy of these drawings, ALL INFORMATION MUST BE VERIFIED prior to ordering any raw materials or fabricated components. Any structural components specified are for reference only and must be verified with the ENGINEER OF RECORD's "S-Sheets" and/or (attached) documents.

NORTHWEST HOME DESIGNING, INC.
4928 109TH STREET SW LAKEWOOD, WA 98499 (253) 584-6309 FAX: (253) 588-0607
www.NHDHomePlans.com

CHECKED
RES
DRAWN BY
SKS
DESIGN

SK-2503
SHEET NUMBER
3
3 OF 5



LEFT ELEVATION

SCALE : ¼"= 1'-0"

FRONT ELEVATION

© 2005 NORTHWEST HOME DESIGNING, INC.

SCALE : ¼"= 1'-0"

BACK ELEVATION

SCALE : ¼"= 1'-0"

RIGHT ELEVATION

SCALE : ¼"= 1'-0"

NORTHWEST HOME DESIGNING, INC.
4928 109TH STREET SW LAKEWOOD, WA 98499 (253) 584-6309 FAX: (253) 588-0607
www.NHDHomePlans.com

CHECKED
RES
DRAWN BY
SKS
DESIGN
SK-2503
SHEET NUMBER
4
4 OF 5



SECTION A

LIVING ROOM

BEDROOM

HALL

LOFT

ENTRY

NORTHWEST HOME DESIGNING, INC.
4928 109TH STREET SW LAKEWOOD, WA 98499  (253) 584-6309  FAX: (253) 588-0607
www.NHDHomePlans.com

EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-792-781

**Effective date of registration:**

February 22, 2011

## Title

**Title of Work:** NHD Plan SK-2503

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** January 1, 2004      **Nation of 1st Publication:** United States

## Author

■ **Author:** Northwest Home Designing, Inc.

**Author Created:** architectural work

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Northwest Home Designing, Inc.

4928 109th Street S.W., Lakewood, WA, 98499, United States

## Limitation of copyright claim

**Material excluded from this claim:** Text, structural details and individual standard features

**New material included in claim:** architectural work

## Rights and Permissions

**Organization Name:** COATS & BENNETT, PLLC

**Name:** Karen S. Boardman

**Email:** kboardman@coatsandbennett.com      **Telephone:** 919-854-1844

**Address:** 1400 Crescent Green

Suite 300

Cary, NC 27518

## Certification

**Name:**   Karen S. Boardman

**Date:**   February 22, 2011

**Applicant's Tracking Number:**   6158-039

EXHIBIT C

© 2005 NORTHWEST HOME DESIGNING, INC.



TOTAL _ 2004 Sq. Ft.
GARAGE _ 432 Sq. Ft.

MAIN FLOOR
867 Sq. Ft.

30'-0"

PATIO

LIVING
14-6 x 16-6

KIT.

NOOK
14 x 9-4

PWDR

2-CAR
GARAGE
19-5 x 21-5

C. PORCH

45'-0"

M. BR
11-6 x
14-6

M.
B.

BR
10 x
14-6

WIC

WIC
WIC

D.

UTIL

B.

BR
10-6 x
10-6

BR
13-1 x
11-7

WIC

UPPER FLOOR
1137 Sq. Ft.

NORTHWEST HOME DESIGNING, INC.
4928 109TH STREET SW LAKEWOOD, WA 98499  (253) 584-6309  FAX: (253) 588-0607
www.NHDHomePlans.com

CHECKED

DRAWN BY
SKS

DESIGN
SK-2503
D

SHEET NUMBER
STUDY SET
OF

NHD





UPPER FLOOR
FRAMING PLAN

SCALE : ¼" = 1'-0"

UPPER FLOOR

© 2005 NORTHWEST HOME DESIGNING, INC.

SCALE : ¼" = 1'-0"

LEGEND

NOTE:
While every attempt has been made to assure the accuracy of these drawings, ALL INFORMATION MUST BE VERIFIED prior to ordering any raw materials or fabricated components. Any structural components specified are for reference only and must be verified with the ENGINEER OF RECORD's "S-Sheets" and/or (attached) documents

NORTHWEST HOME DESIGNING, INC.
4928 109TH STREET SW LAKEWOOD, WA 98499  (253) 584-6309  FAX: (253) 588-0607
www.NHDHomePlans.com

CHECKED
RES
DRAWN BY
SKS
DESIGN
SK-2503
D
SHEET NUMBER
2
2 OF 5

NHD



**WHEN TRUSSED**

**WHEN STICK FRAMED**

**PORCH SLAB DETAIL** (B)
Scale: 3/4"=1'-0"

**GIRDER DETAIL** (C)
Scale: 1"=1'-0"

**STEM WALL DETAIL** (D)
Scale: 3/4"=1'-0"

**AREA SEP. DETAIL** (E)
Scale: 3/4"=1'-0"

NOTE : FOOTING DEPTH MAY VARY
DUE TO LOCAL FROST LINE REQUIREMENTS
**TYP. TWO STORY CONFIG.** (A)
Scale: 3/4"=1'-0"

**STAIR CONSTRUCTION DETAIL**
Scale: 3/4"=1'-0"

LEGEND

NOTE:
While every attempt has
been made to assure the
accuracy of these
drawings, ALL
INFORMATION MUST BE
VERIFIED prior to ordering
any raw materials or
fabricated components.
Any structural components
specified are for reference
only and must be verified
with the ENGINEER OF
RECORD'S "S-Sheets"
and/or (attached)
documents.

Roof Trusses

**ROOF FRAMING PLAN**

SCALE : 1/4"= 1'-0"

NORTHWEST HOME DESIGNING, INC.
4928 109TH STREET SW LAKEWOOD, WA 98499 (253) 584-6309 FAX: (253) 588-0807
www.NHDHomePlans.com

CHECKED
RES

DRAWN BY
SKS

DESIGN
SK-2503
D

SHEET NUMBER
3
3 OF 5

NHD



RIGHT ELEVATION

SCALE : ¼" = 1'-0"

FRONT ELEVATION

SCALE : ¼" = 1'-0"

© 2005 NORTHWEST HOME DESIGNING, INC.

BACK ELEVATION

SCALE : ¼" = 1'-0"

LEFT ELEVATION

SCALE : ¼" = 1'-0"

NORTHWEST HOME DESIGNING, INC.
4928 109TH STREET SW LAKEWOOD, WA 98499  (253) 584-6309  FAX: (253) 588-0607
www.NHDHomePlans.com

CHECKED
RESS
DRAWN BY
SKS
DESIGN
SK-2503
D
SHEET NUMBER
4
4 OF 5

NHD



NORTHWEST HOME DESIGNING, INC.
4928 109TH STREET SW LAKEWOOD, WA 98499  (253) 584-6309  FAX: (253) 588-0607
www.NHDHomePlans.com

EXHIBIT D

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-792-785**

**Effective date of registration:**

February 22, 2011

---

## Title

**Title of Work:** NHD Plan SK-2503-D

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** January 1, 2007       **Nation of 1st Publication:** United States

## Author

- **Author:** Northwest Home Designing, Inc.

  **Author Created:** architectural work

  **Work made for hire:** Yes

  **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Northwest Home Designing, Inc.

4928 109th Street S.W., Lakewood, WA, 98499, United States

## Limitation of copyright claim

**Material excluded from this claim:** Text, structural details and individual standard features; Derivative of NHD Plan SK-2503

**New material included in claim:** architectural work

## Rights and Permissions

**Organization Name:** COATS & BENNETT, PLLC

**Name:** Karen S. Boardman

**Email:** kboardman@coatsandbennett.com       **Telephone:** 919-854-1844

**Address:** 1400 Crescent Green

Suite 300

Cary, NC 27518

## Certification

Name:   Karen S. Boardman

Date:   February 22, 2011

Applicant's Tracking Number:   6158-040



EXHIBIT E





### LEXAR™ 2272
**Standard Orientation**

Rendering shown with optional features:
Cultured Stone, Window Grids, Craftsman Trim, Bat and Board, Arched Garage Doors, Gable Shakes

**3 Bedroom | 2.5 Bath**
Spacious Master Suite
Second Floor Loft - Great Space For The Kids
Open Concept Main Floor Makes It Easy To Entertain
Great Curb Appeal
5/12 Roof Pitch Standard

**CHOOSERIGHT**
**LIVERIGHT**

**LexarHomes.com**

This design is copyrighted and licensed to Lexar Homes by the designer. All rights reserved. Plan is shown with some optional items. Artist conceptual drawings. Builder reserves the right to change plans, specifications and prices without notice. Plan number is approximate square feet.  © 2015 Lexar Homes. LEXAR H00001





### LEXAR™ 2272
**Reverse Orientation**

Rendering shown with optional features:

Cultured Stone, Window Grids, Craftsman Trim, Bat and Board, Arched Garage Doors, Gable Shakes

**3 Bedroom | 2.5 Bath**
**Spacious Master Suite**
**Second Floor Loft - Great Space For The Kids**
**Open Concept Main Floor Makes It Easy To Entertain**
**Great Curb Appeal**
**5/12 Roof Pitch Standard**

## CHOOSERIGHT
## LIVERIGHT

**LexarHomes.com**

This design is copyrighted and licensed to Lexar Homes by the designer. All rights reserved. Plan is shown with some Optional Items. Artist conceptual drawings. Builder reserves the right to change plans, specifications and prices without notice. Plan number is approximate square feet. © 2015 Lexar Homes. LEXARHH00437