The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST HOME DESIGNING, INC. a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR HOMES LLC, et al.,<br><br>Defendants. | No. 17-CV-00324-JLR<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Northwest Home Designing, Inc. ("NHD") and Defendants NW Central Construction, Inc. ("NWC"), Lexar Homes, LLC ("Lexar"), Robert Hollis ("Hollis"), and James Moen ("Moen") hereby stipulate as follows:

1. The Parties agree to the dismissal with prejudice of all claims asserted in this action;

2. Each party shall bear its own costs and expenses, including all attorney's fees. A Proposed Order of Dismissal with Prejudice is attached to this motion.

**JOINT STIPULATION OF DISMISSAL - 1**
Case No. 17-CV-00324-JLR

Foster Pepper PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400  Fax (206) 447-9700

Respectfully submitted this 16th day of May, 2018.

| **FOSTER PEPPER PLLC** | **KARR TUTTLE CAMPBELL** |
|---|---|
| *s/ Lauren King* | *s/ Nathan Paine* |
| Lauren King, WSBA No. 40939 | Nathan Paine, WSBA No. 34487 |
| 1111 Third Avenue, Suite 3000 | 701 Fifth Avenue, Suite 300 |
| Seattle, WA 98101 | Seattle, WA 98104 |
| Telephone: (206) 447-4400 | Telephone: (206) 223-1313 |
| Facsimile: (206) 447-9700 | Facsimile: (206) 682-7100 |
| Email: lauren.king@foster.com | Email: npaine@karrtuttle.com |

**COATS & BENNETT, PLLC**      *Attorney for Defendants*

*s/ David E. Bennett*
David E. Bennett, NC State Bar No. 12,864
(Admitted *Pro Hac Vice*)
1400 Crescent Green, Suite 300
Cary, NC 27518
Telephone: (919) 854-1844
Facsimile: (919) 854-2084
Email: dbennett@coatsandbennett.com

*Attorneys for Plaintiff*

JOINT STIPULATION OF DISMISSAL - 2
Case No. 17-CV-00324-JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

# CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all parties in this matter who are registered with the Court's CM/ECF filing system of such filing.

DATED May 16, 2018.

                FOSTER PEPPER PLLC

                */s/ Jan Howell*
                Legal Assistant
                1111 Third Ave., Suite 3000
                Seattle, WA 98101
                Telephone: (206) 447-4400
                Email: Jan.Howell@foster.com

**JOINT STIPULATION OF DISMISSAL - 3**
Case No. 17-CV-00324-JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST HOME DESIGNING, INC. a Washington corporation,<br><br>        Plaintiff,<br><br>v.<br><br>LEXAR HOMES LLC, et al.,<br><br>        Defendants. | No. 17-CV-00324-JLR<br><br>~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE |

The parties to this action having filed a Joint Stipulation of Dismissal with Prejudice and the same having been considered and good cause having been shown therefore,

IT IS HERBY ORDERED:

1. All claims asserted in this action are dismissed with prejudice; and

2. Each party shall bear its own costs and expenses, including any and all attorney's fees.

Dated this 16 day of May, 2018.

_____
UNITED STATES
DISTRICT JUDGE
JAMES ROBART
~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE- 1
Case No. 17-CV-00324-JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

Presented by:

**FOSTER PEPPER PLLC**

*s/ Lauren King*
Lauren King, WSBA No. 40939
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: lauren.king@foster.com

**COATS & BENNETT, PLLC**

*s/ David E. Bennett*
David E. Bennett, NC State Bar No. 12,864
(Admitted *Pro Hac Vice*)
1400 Crescent Green, Suite 300
Cary, NC 27518
Telephone: (919) 854-1844
Facsimile: (919) 854-2084
Email: dbennett@coatsandbennett.com

*Attorneys for Plaintiff*

**KARR TUTTLE CAMPBELL**

*s/ Nathan Paine*
Nathan Paine, WSBA No. 34487
701 Fifth Avenue, Suite 300
Seattle, WA 98104
Telephone: (206) 223-1313
Facsimile: (206) 682-7100
Email: npaine@karrtuttle.com

*Attorney for Defendants*

~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE- 2
Case No. 17-CV-00324-JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700